UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X
                                                          :
In re:                                                    :    Chapter 11
                                                          :
    EOS AIRLINES, INC.,                  :    Case No. 08-22581 (ASH)
                                                          :
                          Confirmed Debtor.               :
———————————————————————X

## NOTICE OF (I) OCCURRENCE OF THE EFFECTIVE DATE UNDER THE CONFIRMED JOINT PLAN OF LIQUIDATION OF EOS AIRLINES, INC. DATED DECEMBER 18, 2008 AND (II) REJECTION DAMAGE CLAIM BAR DATE

TO ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that the Effective Date of the confirmed Joint Plan of Liquidation dated December 18, 2009 (the "Plan") occurred on **February 18, 2009** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that all claims arising from the rejection of an executory contract or unexpired lease of non-residential real property under section 365 of the Bankruptcy Code shall be filed with the Bankruptcy Court no later than ninety (90) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that information regarding distributions to creditors can be found in the Plan and the Confirmation Order dated January 28, 2009, copies of which can be found on the Bankruptcy Court docket at docket nos. 384 and 424, respectively.

Dated: New York, NY
       February 26, 2009

                                    Respectfully submitted,

                                    COHEN TAUBER SPIEVACK & WAGNER P.C.

                                    By:   /s/ Joseph M. Vann
                                          Joseph M. Vann
                                    420 Lexington Avenue, Suite 2400
                                    New York, NY 10170
                                    Telephone: (212) 586-5800
                                    Facsimile: (212) 586-5095
                                    Counsel for the Liquidating Trustee for
                                    the Eos Airlines, Inc. Liquidating Trust