**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re:                                     :       Chapter 11
                                           :
EOS Airlines, Inc.,                        :       Case No. 08-22581 (ASH)
                                           :
                    Debtors.               :
-------------------------------------------------------------------x
```

**AFFIDAVIT OF SERVICE**

I, Karen M. Wagner, hereby certify that, on or before the 28th day of February 2009, I caused the following document to be served via First-Class Mail upon the service lists attached hereto as Exhibit A and Exhibit B:

- Notice of (I) Occurrence of the Effective Date Under the Confirmed Joint Plan of Liquidation of EOS Airlines, Inc. Dated December 18, 2008 and (II) Rejection Damage Claim Bar Date **[Docket No. 432]**

Dated: February 28, 2009

                                                              /s/ Karen M. Wagner
                                                                   Karen M. Wagner

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310-823-9000