# Exhibit A

Exhibit A
Service List

Exhibit A
Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ALVAREZ & MARSAL | HOLDEN BIXLER | 55 W MONROE ST STE 400 | | | CHICAGO | IL | 60603 | |
| ALVAREZ & MARSAL | MARC DOMINIC | 600 LEXINGTON AVE | | | NEW YORK | NY | 10022 | |
| ANDERSON HUNTER LAW FIRM PS | PATRICK F HUSSEY | 2707 COLBY AVE STE 1001 | PO BOX 5397 | | EVERETT | WA | 98206-5397 | |
| BROWN & CONNERY LLP | DONALD K LUDMAN | 6 NO BRAND ST STE 100 | | | WOODBURY | NJ | 08096 | |
| BUCHALTER NEIMER APC | SHAWN M CHRISTIANSON | 333 MARKET ST 25TH FL | | | SAN FRANCISCO | CA | 94105-2126 | |
| COHEN POLLOCK MERLIN & SMALL PC | KAREN FAGIN WHITE | 3350 RIVERWOOD PKWY STE 1600 | | | ATLANTA | GA | 30339 | |
| COHEN TAUBER SPIEVACK & WAGNER PC | IRA R ABEL | 420 LEXINGTON AVE STE 2400 | | | NEW YORK | NY | 10170 | |
| COHEN TAUBER SPIEVACK & WAGNER PC | JOSEPH M VANN | 420 LEXINGTON AVE STE 2400 | | | NEW YORK | NY | 10170 | |
| COHEN TAUBER SPIEVACK & WAGNER PC | ROBERT A BOGHOSIAN | 420 LEXINGTON AVE STE 2400 | | | NEW YORK | NY | 10170 | |
| COOLEY GODWARD KRONISH | ERIC HABER | 1114 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036 | |
| DANIEL SMIRLOCK DEPUTY COMMISSIONER | & COUNSEL NY STATE DEPT OF TAXATION & FINANCE | JACQUELINE AUERBACH ATTY | 1740 BROADWAY 16TH FL | | NEW YORK | NY | 10019 | |
| DEILY MOONEY & GLASTETTER LLP | MARTIN A MOONEY | 8 THURLOW TERRACE | | | ALBANY | NY | 12203 | |
| DEWEY & LEBOEUF LLP | DANIEL POULADIAN | 333 S GRAND AVE STE 2600 | | | LOS ANGELES | CA | 90071-1530 | |
| DEWEY & LEBOEUF LLP | LISA HILL FENNING | 333 S GRAND AVE STE 2600 | | | LOS ANGELES | CA | 90071-1530 | |
| DYKEMA GOSSETT PLLC | STEPHEN C STAPLETON | 1717 MAIN ST STE 2400 | | | DALLAS | TX | 75201 | |
| EOS AIRLINES INC | CARALYN GALLETTA | PO BOX 598 | | | PURCHASE | NY | 10577 | |
| FEDERAL AVIATION ADMINISTRATION | STEVE TRUPKIN POI EOS AIRLINES | 900 STEWART AVE STE 630 | FLIGHT STANDARDS 15 NYC | | GARDEN CITY | NY | 11530-4858 | |
| HARRIS BEACH PLLC | LEE E WOODARD | ONE PARK PL 4TH FL | 300 S STATE ST | | SYRACUSE | NY | 13202 | |
| HODGSON RUSS LLP | JENNIFER L RANDO ESQ | 60 E 42ND ST 37TH FL | | | NEW YORK | NY | 10165-0150 | |
| HODGSON RUSS LLP | STEPHEN H GROSS ESQ | 60 E 42ND ST 37TH FL | | | NEW YORK | NY | 10165-0150 | |
| HONORABLE ADLAI S HARDIN | JEREMY GRAVES | 300 QUARROPAS ST 2ND FL | US COURTHOUSE | | WHITE PLAINS | NY | 10601-4150 | |
| INTERNAL REVENUE SERVICE | JAMES GORMAN | PO BOX 21126 | | | PHILADELPHIA | PA | 19114-0326 | |
| INTERNATIONAL LEASE FINANCE CORP | TAMMY AKERMAN | 10250 CONSTELLATION BL STE 3400 | | | LOS ANGELES | CA | 90067 | |
| KLESTADT & WINTERS LLP | JON YARD ARNASON ESQ | 292 MADISON AVE 17TH FL | | | NEW YORK | NY | 10017 | |
| KLESTADT & WINTERS LLP | TRACY L KLESTADT ESQ | 292 MADISON AVE 17TH FL | | | NEW YORK | NY | 10017 | |
| LE CLAIR RYAN APC | MICHAEL T CONWAY | 830 THIRD AVE 5TH FL | | | NEW YORK | NY | 10022 | |
| MC BREEN & KOPKO | KENNETH A REYNOLDS | 500 N BROADWAY STE 129 | | | JERICHO | NY | 11753 | |
| MENZIES CORPORATE RESTRUCTURING | JOHN NORRIS | 43 - 45 PORTMAN SQ | | | LONDON | | W1H 6LY | UK |
| MENZIES CORPORATE RESTRUCTURING | ROBERT GOODHEW | 43 - 45 PORTMAN SQ | | | LONDON | | W1H 6LY | UK |
| MISSOUR DEPT OF REVENUE | STEVEN A GINTHER SPECIAL ASST AG | 301 W HIGH ST RM 670 | PO BOX 475 | | JEFFESON CITY | MO | 65103-0475 | |

EOS Airlines, Inc.
Case No. 08-22581(ASH)
United States Bankruptcy Court, Southern District of New York
1 of 2
2/27/2009 2:31 PM

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| MORRISON COHEN LLP | JOSEPH T MOLDOVAN ESQ | 909 THIRD AVE | | | NEW YORK | NY | 10022 | |
| MORRISON COHEN LLP | MICHAEL R DAL LAGO | 909 THIRD AVE | | | NEW YORK | NY | 10022 | |
| OFFICE OF THE US TRUSTEE | DIANA G ADAMS | 33 WHITEHALL ST STE 2100 | | | NEW YORK | NY | 10004 | |
| OUTTEN & GOLDEN LLP | ADAM T KLEIN | 3 PARK AVE 29TH FL | | | NEW YORK | NY | 10016 | |
| OUTTEN & GOLDEN LLP | JACK A RAISNER | 3 PARK AVE 29TH FL | | | NEW YORK | NY | 10016 | |
| OUTTEN & GOLDEN LLP | RENE S ROUPINIAN | 3 PARK AVE 29TH FL | | | NEW YORK | NY | 10016 | |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP | CLIFFORD A KATZ ESQ | 1065 AVENUE OF THE AMERICAS 18TH FL | | | NEW YORK | NY | 10018 | |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP | TERESA SADUTTO-CARLEY ESQ | 1065 AVENUE OF THE AMERICAS 18TH FL | | | NEW YORK | NY | 10018 | |
| POWELL GOLDSTEIN LLP | BRIAN A KILMER | 2200 ROSS AVE STE 3300 | | | DALLAS | TX | 75201 | |
| POWELL GOLDSTEIN LLP | KEITH M AURZADA | 2200 ROSS AVE STE 3300 | | | DALLAS | TX | 75201 | |
| SQUIRE SANDERS & DEMPSEY LLP | CHRISTINE M PIERPONT | 4900 KEY TOW | 127 PUBLIC SQ | | CLEVELAND | OH | 44114 | |
| SQUIRE SANDERS & DEMPSEY LLP | NICHOLAS J BRANNICK | 1300 HUNTINGTON CTR | 41 S HIGH ST STE 2000 | | COLUMBUS | OH | 43215 | |
| STATE OF NEW YORK DEPT OF TAX & FIN | JACQUELINE AUERBACH | 1740 BROADWAY 16TH FL | | | NEW YORK | NY | 10019 | |
| THE PORT AUTHORITY OF NY & NJ | KATHLEEN M COLLINS | 225 PARK AVE SOUTH 13TH FL | | | NEW YORK | NY | 10003 | |
| THE PORT AUTHORITY OF NY & NJ | MILTON H PACHTER | 225 PARK AVE SOUTH 13TH FL | | | NEW YORK | NY | 10003 | |
| US DEPARTMENT OF TRANSPORTATION | RONALE TAYLOR | AIR CARRIER FITNESS DIVISION | 1200 NEW JERSEY AVE SE | | WASHINGTON | DC | 20590 | |
| US DEPT OF TRANSPORTATION | SECRETARY MARY E PETERS | 1200 NEW JERSEY AVE SE | | | WASHINGTON | DC | 20590 | |
| VENABLE LLP | EDWARD A SMITH | 1270 AVE OF THE AMERICAS 25TH FL | ROCKEFELLER CENTER | | NEW YORK | NY | 10020 | |
| VENABLE LLP | FREDERICK W H CARTER | 2 HOPKINS PLAZA STE 1800 | | | BALTIMORE | MD | 21201 | |
| VENABLE LLP | LISA BITTLE TANCREDI | 2 HOPKINS PLAZA STE 1800 | | | BALTIMORE | MD | 21201 | |
| WELTMAN & MOSKOWTIZ LLP | MICHAEL L MOSKOWITZ | 270 MADISON AVE STE 1400 | | | NEW YORK | NY | 10016 | |
| WILSON ELSER MOSKOWTIZ EDELMAN & DICKER LLP | DAVID L TILLEM | 3 GANNETT DR | | | WHITE PLAINS | NY | 10604-3407 | |